1  EDMUND G. BROWN JR.
   Attorney General of the State of California
2  DANE R. GILLETTE
   Chief Assistant Attorney General
3  GERALD A. ENGLER
   Senior Assistant Attorney General
4  PEGGY S. RUFFRA
   Supervising Deputy Attorney General
5  MARK S. HOWELL
   Deputy Attorney General
6  State Bar No. 95125
     455 Golden Gate Avenue, Suite 11000
7    San Francisco, CA 94102-3664
     Telephone: (415) 703-5969
8    Fax: (415) 703-1234
     Email: mark.howell@doj.ca.gov
9  Attorneys for Respondent

10                IN THE UNITED STATES DISTRICT COURT

11              FOR THE NORTHERN DISTRICT OF CALIFORNIA

12                       SAN FRANCISCO DIVISION

13

**JESSE ZUNIGA,**                           C-07-4319-PJH

                        Petitioner,         **DECLARATION OF MARK S. HOWELL IN SUPPORT OF RESPONDENT'S EX PARTE APPLICATION FOR A FIRST ENLARGEMENT OF TIME TO FILE AN ANSWER**
      v.

**TOM FELKER, Warden of High Desert State Prison,**

                        Respondent.

         I, MARK S. HOWELL, declare as follows:

         1. I am the Deputy Attorney General assigned to represent Respondent in the above-entitled case. The matters referred to in this declaration are based upon my personal knowledge, and I could testify competently to those matters if called as a witness.

         2. Petitioner filed a Petition For Writ Of Habeas Corpus on August 22, 2007. On August 27, 2007, this Court filed an Order To Show Cause, directing Respondent to file an Answer to the Petition. The Answer is currently due on October 26, 2007.

         3. I am currently assigned to prepare respondent's briefs in *People v. Lang*, A112794; *People v. Soto*, H030475; *People v. Davison*, A115603, and *People v. Finks*, A118616. I am also

1  assigned to file appellee's briefs in the Ninth Circuit in *Mendez v. Knowles*, 06-15153, and *Stewart
2  v. Woodford*, 07-16204.  I am also assigned to file a motion to dismiss in a capital case involving
3  69 claims, *Branner v. Ayers*, C-90-3219-DLJ.  Furthermore, I am assigned to file Answers in the
4  district court in *Uvalles v. Runnels*, C-05-2779-MJJ, and *Zuniga v. Felker*, C-07-4319-PJH.

5         4.  Since the issuance of the Order To Show Cause, I have been involved with gathering
6  and digesting the state court records applicable to Petitioner's case.  For the foregoing reasons,
7  Respondent will require about 60 more days to prepare the Answer.  I have not attempted to contact
8  petitioner to determine whether he has any objection to an enlargement of time because petitioner
9  is proceeding *pro se*, and he is currently incarcerated in High Desert State Prison at Susanville,
10 California.

11        WHEREFORE, Respondent hereby requests the Court to grant an enlargement of time,
12 to and including December 25, 2007, within which to file an Answer.

13        I declare under penalty of perjury that the foregoing is true and correct.  This declaration
14 is executed this 25th day of October, 2007, at San Francisco, California.

15        Dated:  October 25, 2007

16                    Respectfully submitted,

17                    EDMUND G. BROWN JR.
                      Attorney General of the State of California

18                    DANE R. GILLETTE
                      Chief Assistant Attorney General
19
                      GERALD A. ENGLER
20                    Senior Assistant Attorney General

                      PEGGY S. RUFFRA
21                    Supervising Deputy Attorney General

22
                      **/s/ Mark S. Howell**
23
                      MARK S. HOWELL
24                    Deputy Attorney General

                      Attorneys for Respondent
25

26 SF2007402364

27

28

*Zuniga v. Felker* - Declaration Of Mark S. Howell In Support Of Respondent's Ex Parte Application For A First
Enlargement Of Time To File An Answer - C 07-4319-PJH