IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| JESSE ZUNIGA,<br><br>　　　　　　　　　　　Petitioner,<br><br>　v.<br><br>TOM FELKER, Warden of High Desert State Prison,<br><br>　　　　　　　　　　　Respondent. | C-07-4319-PJH<br><br>**ORDER GRANTING RESPONDENT'S EX PARTE APPLICATION FOR A FIRST ENLARGEMENT OF TIME TO FILE AN ANSWER** |

　　　　Having considered Respondent's Ex Parte Application For A First Enlargement Of Time To File An Answer, and GOOD CAUSE APPEARING,

　　　　IT IS HEREBY ORDERED as follows:

　　　　1. Respondent's Ex Parte Application For A First Enlargement Of Time To File An Answer is GRANTED.

　　　　2. Time shall enlarge by 60 days, and Respondent shall file and serve his Answer on or before December 28, 2007. Petitioner may file a traverse within 30 days of his receipt of the Answer.

　　　　3. Respondent may file, on or before December 25, 2007, a motion to dismiss on procedural grounds in lieu of an Answer, and if so, then Petitioner shall file with the Court and serve on Respondent an Opposition or Statement of Non-opposition within 30 days of receipt of the motion. Respondent shall then file with the Court and serve on Petitioner a Reply within 15 days of receipt of any Opposition.

　　　　DATED:  11/13/07

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　PHYLLIS J. HAMILTON, Judge
　　　　　　　　　　　　　　　　　　　　　　　United States District Court

*IT IS SO ORDERED — Judge Phyllis J. Hamilton*

*Zuniga v. Felker* - Order Granting Respondent's Ex Parte Application For A First Enlargement Of Time To File An Answer - C 07-4319-PJH

1