1 EDMUND G. BROWN JR.
Attorney General of the State of California
2 DANE R. GILLETTE
Chief Assistant Attorney General
3 GERALD A. ENGLER
Senior Assistant Attorney General
4 PEGGY S. RUFFRA
Supervising Deputy Attorney General
5 MARK S. HOWELL
Deputy Attorney General
6 State Bar No. 95125
  455 Golden Gate Avenue, Suite 11000
7 San Francisco, CA 94102-3664
  Telephone: (415) 703-5969
8 Fax: (415) 703-1234
  Email: mark.howell@doj.ca.gov
9 Attorneys for Respondent

10              IN THE UNITED STATES DISTRICT COURT

11             FOR THE NORTHERN DISTRICT OF CALIFORNIA

12                    SAN FRANCISCO DIVISION

| | |
|---|---|
| **JESSE ZUNIGA,** | C-07-4319-PJH |
| Petitioner, | **RESPONDENT'S EX PARTE APPLICATION FOR A SECOND ENLARGEMENT OF TIME TO FILE AN ANSWER** |
| v. | |
| **TOM FELKER, Warden of High Desert State Prison,** | |
| Respondent. | |

Pursuant to Habeas L.R. 2254-6 and Civil L.R. 6-3, Respondent in the above-entitled case respectfully requests a second enlargement of time for 60 days, to and including February 26, 2008, within which to file an Answer to the Petition for Writ of Habeas Corpus. As is demonstrated in the accompanying Declaration of Mark S. Howell, good cause exists for Respondent's request for an enlargement of time. Counsel for Respondent has not communicated with Petitioner regarding this request for an enlargement of time because Petitioner is currently acting *pro se* and is incarcerated in High Desert State Prison at Susanville, California.

*Zuniga v. Felker* - Respondent's Ex Parte Application For A Second Enlargement Of Time To File An Answer - C 07-4319-PJH

1

1    Accordingly, Respondent respectfully requests a second enlargement of time, to and

2   including February 26, 2008, within which to file his Answer to the Petition for Writ of Habeas

3   Corpus, and to supply this Court with the state court records pertinent to the issues raised in the

4   petition.

5           Dated:  December 27, 2007

6                           Respectfully submitted,

7                           EDMUND G. BROWN JR.
                            Attorney General of the State of California

8                           DANE R. GILLETTE
                            Chief Assistant Attorney General

9
                            GERALD A. ENGLER
10                          Senior Assistant Attorney General

11                          PEGGY S. RUFFRA
                            Supervising Deputy Attorney General

12
                            **/s/ Mark S. Howell**

13
                            MARK S. HOWELL
14                          Deputy Attorney General

15                          Attorneys for Respondent

16  SF2007402364

17

18

19

20

21

22

23

24

25

26

27

28

*Zuniga v. Felker* - Respondent's Ex Parte Application For A Second Enlargement Of Time To File An Answer - C 07-4319-PJH

## DECLARATION OF SERVICE BY MAIL

Case Name:  ***Jesse Zuniga v. Felker***
Case No.  **C 07-4319-PJH**

I am employed in the Office of the Attorney General, which is the office of a member of the Bar of this Court at which member's direction this service is made.  I am familiar with the business practice at the Office of the Attorney General for collection and processing of correspondence for mailing with the United States Postal Service.  In accordance with that practice, correspondence placed in the internal mail collection system at the Office of the Attorney General is deposited with the United States Postal Service that same day in the ordinary course of business.

On <u>December 27, 2007</u>, I served the attached

**RESPONDENT'S EX PARTE APPLICATION FOR A SECOND ENLARGEMENT OF TIME TO FILE ANSWER**

**DECLARATION OF MARK S. HOWELL IN SUPPORT OF EX PARTE APPLICATION FOR A SECOND ENLARGEMENT OF TIME**

**[PROPOSED] ORDER GRANTING ENLARGEMENT OF TIME**

in the internal mail collection system at the Office of the Attorney General,455 Golden Gate Avenue, Suite 11000, San Francisco, California 94102, for deposit in the United States Postal Service that same day in the ordinary course of business in a sealed envelope, postage fully prepaid, addressed as follows:

Jesse Zuniga
V-36045
High Desert State Prison
Box 3030
Susanville, CA  96130

I declare under penalty of perjury the foregoing is true and correct and that this declaration was executed on December 27, 2007, at San Francisco, California.

<u>  Denise Neves              </u>       <u>         **/s/ Denise Neves**          </u>
                                                  Signature