EDMUND G. BROWN JR.
Attorney General of the State of California
DANE R. GILLETTE
Chief Assistant Attorney General
GERALD A. ENGLER
Senior Assistant Attorney General
PEGGY S. RUFFRA
Supervising Deputy Attorney General
MARK S. HOWELL
Deputy Attorney General
State Bar No. 95125
 455 Golden Gate Avenue, Suite 11000
 San Francisco, CA 94102-3664
 Telephone: (415) 703-5969
 Fax: (415) 703-1234
 Email: mark.howell@doj.ca.gov
Attorneys for Respondent

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **JESSE ZUNIGA,** <br><br> Petitioner, <br><br> v. <br><br> **TOM FELKER, Warden of High Desert State Prison,** <br><br> Respondent. | C-07-4319-PJH <br><br> **DECLARATION OF MARK S. HOWELL IN SUPPORT OF RESPONDENT'S EX PARTE APPLICATION FOR A SECOND ENLARGEMENT OF TIME TO FILE AN ANSWER** |

I, MARK S. HOWELL, declare as follows:

1. I am the Deputy Attorney General assigned to represent Respondent in the above-entitled case. The matters referred to in this declaration are based upon my personal knowledge, and I could testify competently to those matters if called as a witness.

2. Petitioner filed a Petition For Writ Of Habeas Corpus on August 22, 2007. On August 27, 2007, this Court filed an Order To Show Cause, directing Respondent to file an Answer to the Petition. I have received one prior enlargement of time. The Answer is currently due on October 26, 2007.

3. I am currently assigned to prepare respondent's briefs in *People v. Davison*, A115603;

*Zuniga v. Felker* - Declaration Of Mark S. Howell In Support Of Respondent's Ex Parte Application For A First Enlargement Of Time To File An Answer - C 07-4319-PJH

1

1  *People v. Finks*, A118616; *People v. Hall*, H031269; *People v. Meyer*, A118121; *People v. Kanda*, H031532; and *People v. Romero*, H031611.  I am also assigned to file a motion to dismiss in a capital case involving 69 claims, *Branner v. Ayers*, C-90-3219-DLJ.  Furthermore, I am assigned to file Answers in three non-capital federal habeas cases:  *Roundtree v. Clark*, C-07-1292 MJJ; *Uvalles v. Runnels*, C-05-2779-MJJ, and *Price-Mahdi v. Subia*, C-07-5343-MHP.

4. Since the issuance of the Order To Show Cause, I have ordered the state court records from our archives, and I expect to receive them very shortly.  For the foregoing reasons, Respondent will require about 60 more days to review the records to determine if the issues are fully exhausted and to prepare the Answer.  I have not attempted to contact petitioner to determine whether he has any objection to an enlargement of time because petitioner is proceeding *pro se*, and he is currently incarcerated in High Desert State Prison at Susanville, California.

WHEREFORE, Respondent hereby requests the Court to grant an enlargement of time, to and including February 26, 2008, within which to file an Answer.

I declare under penalty of perjury that the foregoing is true and correct.  This declaration is executed this 27th day of December, 2007, at San Francisco, California.

Dated:  December 27, 2007

Respectfully submitted,

EDMUND G. BROWN JR.
Attorney General of the State of California

DANE R. GILLETTE
Chief Assistant Attorney General

GERALD A. ENGLER
Senior Assistant Attorney General

PEGGY S. RUFFRA
Supervising Deputy Attorney General

**/s/ Mark S. Howell**

MARK S. HOWELL
Deputy Attorney General

Attorneys for Respondent

SF2007402364

*Zuniga v. Felker* - Declaration Of Mark S. Howell In Support Of Respondent's Ex Parte Application For A First Enlargement Of Time To File An Answer - C 07-4319-PJH