# AMENDED

### DECLARATION OF SERVICE BY MAIL

Case Name: *Jesse Zuniga v. Felker*
Case No.  **C 07-4319-PJH**

I am employed in the Office of the Attorney General, which is the office of a member of the Bar of this Court at which member's direction this service is made. I am familiar with the business practice at the Office of the Attorney General for collection and processing of correspondence for mailing with the United States Postal Service. In accordance with that practice, correspondence placed in the internal mail collection system at the Office of the Attorney General is deposited with the United States Postal Service that same day in the ordinary course of business.

On December 27, 2007, I served the attached

**RESPONDENT'S EX PARTE APPLICATION FOR A SECOND ENLARGEMENT OF TIME TO FILE ANSWER**

**DECLARATION OF MARK S. HOWELL IN SUPPORT OF EX PARTE APPLICATION FOR A SECOND ENLARGEMENT OF TIME**

**[PROPOSED] ORDER GRANTING ENLARGEMENT OF TIME**

in the internal mail collection system at the Office of the Attorney General, 455 Golden Gate Avenue, Suite 11000, San Francisco, California 94102, for deposit in the United States Postal Service that same day in the ordinary course of business in a sealed envelope, postage fully prepaid, addressed as follows:

Jesse Zuniga
V-36045
California Training Facility
North Facility, Rainer Hall
P.O. Box 705
Soledad, CA  93960-0705

I declare under penalty of perjury the foregoing is true and correct and that this declaration was executed on December 27, 2007, at San Francisco, California.

|  Denise Neves  | **/s/ Denise Neves** |
|---|---|
|  | Signature |