EDMUND G. BROWN JR.
Attorney General of the State of California
DANE R. GILLETTE
Chief Assistant Attorney General
GERALD A. ENGLER
Senior Assistant Attorney General
PEGGY S. RUFFRA
Supervising Deputy Attorney General
MARK S. HOWELL
Deputy Attorney General
State Bar No. 95125
  455 Golden Gate Avenue, Suite 11000
  San Francisco, CA 94102-3664
  Telephone: (415) 703-5969
  Fax: (415) 703-1234
  Email: mark.howell@doj.ca.gov
Attorneys for Respondent

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **JESSE ZUNIGA,**<br><br>                      Petitioner,<br><br>  v.<br><br>**TOM FELKER, Warden of High Desert State Prison,**<br><br>                      Respondent. | C-07-4319-PJH<br><br>**RESPONDENT'S EX PARTE APPLICATION FOR A THIRD ENLARGEMENT OF TIME TO FILE AN ANSWER** |

      Pursuant to Habeas L.R. 2254-6 and Civil L.R. 6-3, Respondent in the above-entitled case respectfully requests a third enlargement of time for 59 days, to and including April 25, 2008, within which to file an Answer to the Petition for Writ of Habeas Corpus. As is demonstrated in the accompanying Declaration of Mark S. Howell, good cause exists for Respondent's request for an enlargement of time. Counsel for Respondent has not communicated with Petitioner regarding this request for an enlargement of time because Petitioner is currently acting *pro se* and is incarcerated in High Desert State Prison at Susanville, California.

*Zuniga v. Felker* - Respondent's Ex Parte Application For A Third Enlargement Of Time To File An Answer - C 07-4319-PJH

1

1  Accordingly, Respondent respectfully requests a third enlargement of time, to and
2  including April 25, 2008, within which to file his Answer to the Petition for Writ of Habeas Corpus,
3  and to supply this Court with the state court records pertinent to the issues raised in the petition.

4  Dated: February 26, 2008

5  Respectfully submitted,

6  EDMUND G. BROWN JR.
Attorney General of the State of California

7  DANE R. GILLETTE
Chief Assistant Attorney General

8  GERALD A. ENGLER
Senior Assistant Attorney General

9  PEGGY S. RUFFRA
Supervising Deputy Attorney General

**/s/ Mark S. Howell**

MARK S. HOWELL
Deputy Attorney General

Attorneys for Respondent

SF2007402364

*Zuniga v. Felker* - Respondent's Ex Parte Application For A Third Enlargement Of Time To File An Answer - C 07-4319-PJH

2

## DECLARATION OF SERVICE BY MAIL

Case Name: *Jesse Zuniga v. Felker*
Case No. **C 07-4319-PJH**

I am employed in the Office of the Attorney General, which is the office of a member of the Bar of this Court at which member's direction this service is made. I am familiar with the business practice at the Office of the Attorney General for collection and processing of correspondence for mailing with the United States Postal Service. In accordance with that practice, correspondence placed in the internal mail collection system at the Office of the Attorney General is deposited with the United States Postal Service that same day in the ordinary course of business.

On <u>February 26, 2008</u>, I served the attached

**RESPONDENT'S EX PARTE APPLICATION FOR A THIRD ENLARGEMENT OF TIME TO FILE ANSWER**

**DECLARATION OF MARK S. HOWELL IN SUPPORT OF EX PARTE APPLICATION FOR A THIRD ENLARGEMENT OF TIME**

**[PROPOSED] ORDER GRANTING ENLARGEMENT OF TIME**

in the internal mail collection system at the Office of the Attorney General, 455 Golden Gate Avenue, Suite 11000, San Francisco, California 94102, for deposit in the United States Postal Service that same day in the ordinary course of business in a sealed envelope, postage fully prepaid, addressed as follows:

Jesse Zuniga
V-36045
High Desert State Prison
Box 3030
Susanville, CA  96130

I declare under penalty of perjury the foregoing is true and correct and that this declaration was executed on February 26, 2008, at San Francisco, California.

    <u>Denise Neves</u>                        <u>**/s/ Denise Neves**</u>
                                                    Signature