1  EDMUND G. BROWN JR.
   Attorney General of the State of California
2  DANE R. GILLETTE
   Chief Assistant Attorney General
3  GERALD A. ENGLER
   Senior Assistant Attorney General
4  PEGGY S. RUFFRA
   Supervising Deputy Attorney General
5  MARK S. HOWELL
   Deputy Attorney General
6  State Bar No. 95125
     455 Golden Gate Avenue, Suite 11000
7    San Francisco, CA 94102-3664
     Telephone: (415) 703-5969
8    Fax: (415) 703-1234
     Email: mark.howell@doj.ca.gov
9  Attorneys for Respondent

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **JESSE ZUNIGA,**<br><br>                Petitioner,<br><br>  v.<br><br>**TOM FELKER, Warden of High Desert State Prison,**<br><br>                Respondent. | C-07-4319-PJH<br><br>**DECLARATION OF MARK S. HOWELL IN SUPPORT OF RESPONDENT'S EX PARTE APPLICATION FOR A THIRD ENLARGEMENT OF TIME TO FILE AN ANSWER** |

      I, MARK S. HOWELL, declare as follows:

      1. I am the Deputy Attorney General assigned to represent Respondent in the above-entitled case. The matters referred to in this declaration are based upon my personal knowledge, and I could testify competently to those matters if called as a witness.

      2. Petitioner filed a Petition For Writ Of Habeas Corpus on August 22, 2007. On August 27, 2007, this Court filed an Order To Show Cause, directing Respondent to file an Answer to the Petition. I have requested two prior enlargements of time.

      3. I am currently assigned to prepare respondent's briefs in *People v. Meyer*, A118121; *People v. Kanda*, H031532; *People v. Romero*, H031611; *People v. Weaver*, A117951; *People v.*

*Zuniga v. Felker* - Declaration Of Mark S. Howell In Support Of Respondent's Ex Parte Application For A Third Enlargement Of Time To File An Answer - C 07-4319-PJH

1

1  *Hall*, A119292; and *People v. Dillon*, A117853.  I am also assigned to file a motion to dismiss in
2  a capital case involving 69 claims, *Branner v. Ayers*, C-90-3219-DLJ.  Furthermore, I am assigned
3  to file Answers in three non-capital federal habeas cases:  *Roundtree v. Clark*, C-07-1292 MJJ;
4  *Uvalles v. Runnels*, C-05-2779-MJJ, and *Price-Mahdi v. Subia*, C-07-5343-MHP.
5           4.  Since the issuance of the Order To Show Cause, I have now obtained the state court
6  records from our archives.  I am currently in the process of organizing and indexing the records.
7  Petitioner raises four separate issues in his petition, and the record is long.  For the foregoing
8  reasons, Respondent will require about 59 more days to review the records and prepare the Answer.
9  I have not attempted to contact petitioner to determine whether he has any objection to an
10 enlargement of time because petitioner is proceeding *pro se*, and he is currently incarcerated in High
11 Desert State Prison at Susanville, California.
12          WHEREFORE, Respondent hereby requests the Court to grant an enlargement of time,
13 to and including April 25, 2008, within which to file an Answer.
14          I declare under penalty of perjury that the foregoing is true and correct.  This declaration
15 is executed this 26th day of February, 2008, at San Francisco, California.
16          Dated:  February 26, 2008

17                          Respectfully submitted,
18                          EDMUND G. BROWN JR.
                            Attorney General of the State of California
19                          DANE R. GILLETTE
                            Chief Assistant Attorney General
20
                            GERALD A. ENGLER
21                          Senior Assistant Attorney General
                            PEGGY S. RUFFRA
22                          Supervising Deputy Attorney General
23
                            **/s/ Mark S.Howell**
24
                            MARK S. HOWELL
25                          Deputy Attorney General
                            Attorneys for Respondent
26
27 SF2007402364
28

*Zuniga v. Felker* - Declaration Of Mark S. Howell In Support Of Respondent's Ex Parte Application For A Third
Enlargement Of Time To File An Answer - C 07-4319-PJH