EDMUND G. BROWN JR.
Attorney General of the State of California
DANE R. GILLETTE
Chief Assistant Attorney General
GERALD A. ENGLER
Senior Assistant Attorney General
PEGGY S. RUFFRA
Supervising Deputy Attorney General
MARK S. HOWELL
Deputy Attorney General
State Bar No. 95125
  455 Golden Gate Avenue, Suite 11000
  San Francisco, CA 94102-3664
  Telephone: (415) 703-5969
  Fax: (415) 703-1234
  Email: mark.howell@doj.ca.gov
Attorneys for Respondent

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **JESSE ZUNIGA,**<br><br>                              Petitioner,<br><br>    v.<br><br>**TOM FELKER, Warden of High Desert State Prison,**<br><br>                              Respondent. | C-07-4319-PJH<br><br>**DECLARATION OF MARK S. HOWELL IN SUPPORT OF RESPONDENT'S EX PARTE APPLICATION FOR AN ENLARGEMENT OF TIME TO FILE AN ANSWER** |

I, MARK S. HOWELL, declare as follows:

1. I am the Deputy Attorney General assigned to represent Respondent in the above-entitled case. The matters referred to in this declaration are based upon my personal knowledge, and I could testify competently to those matters if called as a witness.

2. Petitioner filed a Petition For Writ Of Habeas Corpus on August 22, 2007. On August 27, 2007, this Court filed an Order To Show Cause, directing Respondent to file an Answer to the Petition. I have requested three prior enlargements of time.

3. I am currently assigned to prepare respondent's briefs in *People v. Kanda*, H031532; *People v. Weaver*, A117951; *People v. Jefferson,* A116383; *People v. Hall*, A119292; *People v.*

*Zuniga v. Felker* - Declaration Of Mark S. Howell In Support Of Respondent's Ex Parte Application For An Enlargement Of Time To File An Answer - C 07-4319-PJH

1

*Dillon*, A117853; *People v. Marshall*, A119075; *People v. Blunt*, A118573; and *People v. Brown*, A118855. I am also assigned to file a motion to dismiss in a capital case involving 69 claims, *Branner v. Ayers*, C-90-3219-DLJ. Furthermore, I am assigned to file an Answer in another non-capital federal habeas case, *Price-Mahdi v. Subia*, C-07-5343-MHP.

4. Since the issuance of the Order To Show Cause, I have obtained the state court records from our archives. I have reviewed the petition and evaluated the prospect of raising procedural bars. I have also begun researching the merits of petitioner's claims. Petitioner raises four separate issues in his petition, and the record is long. For the foregoing reasons, Respondent will require about 45 more days to review the records and prepare the Answer.

5. I do not anticipate any further requests for enlargement. I have not attempted to contact petitioner to determine whether he has any objection to an enlargement of time because petitioner is proceeding *pro se*, and he is currently incarcerated in High Desert State Prison at Susanville, California.

WHEREFORE, Respondent hereby requests the Court to grant an enlargement of time, to and including June 9, 2008, within which to file an Answer.

I declare under penalty of perjury that the foregoing is true and correct. This declaration is executed this 24th day of April, 2008, at San Francisco, California.

*Zuniga v. Felker* - Declaration Of Mark S. Howell In Support Of Respondent's Ex Parte Application For An Enlargement Of Time To File An Answer - C 07-4319-PJH

2

| | |
|---|---|
| 1 | Dated:  April 24, 2008 |
| 2 | Respectfully submitted, |
| 3 | EDMUND G. BROWN JR.<br>Attorney General of the State of California |
| 4 | DANE R. GILLETTE<br>Chief Assistant Attorney General |
| 5 | |
| 6 | GERALD A. ENGLER<br>Senior Assistant Attorney General |
| 7 | PEGGY S. RUFFRA<br>Supervising Deputy Attorney General |
| 8 | |
| 9 | **/s/ Mark S.Howell** |
| 10 | MARK S. HOWELL<br>Deputy Attorney General |
| 11 | Attorneys for Respondent |
| 12 | SF2007402364 |

*Zuniga v. Felker* - Declaration Of Mark S. Howell In Support Of Respondent's Ex Parte Application For An Enlargement Of Time To File An Answer - C 07-4319-PJH

3