1

2

3

4                   IN THE UNITED STATES DISTRICT COURT

5             FOR THE NORTHERN DISTRICT OF CALIFORNIA

6                       SAN FRANCISCO DIVISION

7

**JESSE ZUNIGA,**                                          C-07-4319-PJH

8
                                        Petitioner,    **[PROPOSED] ORDER
9                                                      GRANTING RESPONDENT'S
        **v.**                                         EX PARTE APPLICATION
10                                                     FOR AN ENLARGEMENT OF
**TOM FELKER, Warden of High Desert State**            TIME TO FILE AN ANSWER
11 **Prison,**

12                                      Respondent.

13

14  Having considered Respondent's Ex Parte Application For An Enlargement Of Time To File An

15  Answer, and GOOD CAUSE APPEARING,

16          IT IS HEREBY ORDERED as follows:

17          1.  Respondent's Ex Parte Application For An Enlargement Of Time To File An Answer

18  is GRANTED.

19          2.  Time shall enlarge by 45 days, and Respondent shall file and serve his Answer on or

20  before June 9, 2008.  Petitioner may file a traverse within 30 days of his receipt of the Answer.

21          3.  Respondent may file, on or before June 9, 2008, a motion to dismiss on procedural

22  grounds in lieu of an Answer, and if so, then Petitioner shall file with the Court and serve on

23  Respondent an Opposition or Statement of Non-opposition within 30 days of receipt of the motion.

24  Respondent shall then file with the Court and serve on Petitioner a Reply within 15 days of receipt

25  of any Opposition.

26      DATED:                    _____
                                        PHYLLIS J. HAMILTON, Judge
27                                      United States District Court

28
*Zuniga v. Felker* - [Proposed] Order Granting Respondent's Ex Parte Application For An Enlargement Of Time To File
An Answer - C 07-4319-PJH
                                            1