IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

FILED MAY 16 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESSE ZUNIGA,<br><br>                Petitioner,<br><br>v.<br><br>TOM FELKER, Warden of High Desert State Prison,<br><br>                Respondent. | C-07-4319-PJH<br><br>[~~PROPOSED~~] ORDER GRANTING RESPONDENT'S EX PARTE APPLICATION FOR AN ENLARGEMENT OF TIME TO FILE AN ANSWER |

Having considered Respondent's Ex Parte Application For An Enlargement Of Time To File An Answer, and GOOD CAUSE APPEARING,

      IT IS HEREBY ORDERED as follows:

      1. Respondent's Ex Parte Application For An Enlargement Of Time To File An Answer is GRANTED.

      2. Time shall enlarge by 45 days, and Respondent shall file and serve his Answer on or before June 9, 2008. Petitioner may file a traverse within 30 days of his receipt of the Answer.

      3. Respondent may file, on or before June 9, 2008, a motion to dismiss on procedural grounds in lieu of an Answer, and if so, then Petitioner shall file with the Court and serve on Respondent an Opposition or Statement of Non-opposition within 30 days of receipt of the motion. Respondent shall then file with the Court and serve on Petitioner a Reply within 15 days of receipt of any Opposition.

DATED: MAY 16 2008

                                PHYLLIS J. HAMILTON, Judge
                                United States District Court

*Zuniga v. Felker* - [Proposed] Order Granting Respondent's Ex Parte Application For An Enlargement Of Time To File An Answer - C 07-4319-PJH

1

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

JESSE ZUNIGA,

        Plaintiff,

v.

TOM FELKER et al,

        Defendant.
_____/

Case Number: CV07-04319 PJH

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on May 16, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Jesse Zuniga V-36045
High Desert State Prison
P.O. Box 3030
Susanville, CA 96130

Dated: May 16, 2008

*MNarcisse*
Richard W. Wieking, Clerk
By: Monica Narcisse, Deputy Clerk