```
Jesse Zuniga
P.O BOX   705 RA 111
 Soledad CA 93960
```

**FILED**

MAY 2 9 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

E-filing

In the United States District Court
For the Norther District of California
San Francisco Divison

| Jesse Zuniga, | C-07-4319-PJH |
|---|---|
| Petitioner, | PETITIONER's response to respondent*s* fourth tim*e* enlargeme*n*r request. |
| V. | |
| Tom Felker, Warden of High Desert state prison. | |
| Respondent. | |

I, JESSE ZUNIGA, declare as follows:
1. I am the petitioner of the above entitled case as well I am acting PLU in said case.
2. On April 24th, 2008 respondent filed a fourth request for enlargement of time to June 9th 2008 in which to file a response to my petition. Respondent states he has not notify me before submitting his request furthermore he also has not complied to set procedures, by not filing his request ahead of time. I respectfuly request the court put restraints on his requests.

con....nx,pg..

3. On my final note : the respondent has used my old address in his last request . I have notified the court and, the respondent about my current address and would like to reflect it again.

All that is mentioned inregards to the procedures is only to my knowledge from my personal acquirement.

THANK YOU FOR YOUR TIME!

Date: 5·21·08          Respecfully submitted,

Jesse Zungia #V36045

Attorney/Pettioner

Declaration of Service
RE: I, Jesse Zuniga, Declare that I am over 18 years, of age, and am the acting attorney/petitioner for this case (4c-07-4319-pjh) I served a true copy of the attached:

On each of the following, by placing, same in an envelope (or envelopes) Addressed (respectfully) as follows
Date: 5·21·08
Mark S. Howell
Deputy Attorney general
Attorneys for representing: State Bar no. 95125
San Francisco, CA 94102-3664
Telephone: (415) 743 5969
Fax: 415 703 1234
Clerk Of:
Phyllis K. Hamilton
United States District Judge
U.S. District Court, Northern District of California. 450 Golden Gate Avenue
Box 36060
San Francisco, CA 94102


I declare the foregoing is true and correct and that this declaration was executed on

    Jesse Zuniga – V36045       _____
        (Name)                        (Signature)

JESSE ZUNIGA V36045
P.O BOX 705 RA 111
Soledad CA, 93960



$00.41⁰  JAN 03 2008
MAILED FROM ZIP CODE 94043

STATE OF CALIFORNIA DEPT. OF JUSTICE.

TO: JUDGE, PHYLLIS J. HAMILTON
45 GOLDEN GATE AVENUE, SUITE 11000
SAN FRANCISCO CA, 94102-700