1  EDMUND G. BROWN JR.
   Attorney General of the State of California
2  DANE R. GILLETTE
   Chief Assistant Attorney General
3  GERALD A. ENGLER
   Senior Assistant Attorney General
4  PEGGY S. RUFFRA
   Supervising Deputy Attorney General
5  MARK S. HOWELL
   Deputy Attorney General
6  State Bar No. 95125
    455 Golden Gate Avenue, Suite 11000
7   San Francisco, CA 94102-3664
    Telephone: (415) 703-5969
8   Fax: (415) 703-1234
    Email: mark.howell@doj.ca.gov
9  Attorneys for Respondent

10            IN THE UNITED STATES DISTRICT COURT

11          FOR THE NORTHERN DISTRICT OF CALIFORNIA

12               SAN FRANCISCO DIVISION

| | |
|---|---|
| **JESSE ZUNIGA,** | C-07-4319 PJH (PR) |
| Petitioner, | **ANSWER TO PETITION FOR WRIT OF HABEAS CORPUS** |
| **v.** | |
| **TOM FELKER, Warden,** | |
| Respondent. | |

Respondent, Tom Felker, Warden of High Desert State Prison, Susanville, California, provides this

Answer to the Petition for Writ of Habeas Corpus filed August 22, 2007, in response to the Order

to Show Cause filed August 27, 2007:

**I.**

**CUSTODY**

Petitioner is lawfully in the custody of the Warden, High Desert State Prison at Susanville,

California, having been committed by the Santa Clara County Superior Court on March 4, 2004, to

state prison for 15 years to life, consecutive to a ten-year determinate term, based upon jury verdicts

finding petitioner guilty of two counts of robbery, Cal. Pen. Code § 213(a)(1)(A),[1] one count of assault with a deadly weapon, Pen. Code § 245(a)(1), and various sentence enhancements involving gang activity, Pen. Code § 186.22(b)(4) and personal use of a firearm. Pen. Code § 12022.53(b).

# II.

## DENIAL OF CLAIMS

Respondent denies that petitioner has suffered any deprivation of constitutional rights which would entitle him to federal habeas corpus relief. Respondent further denies that petitioner has suffered any prejudice as a result of any alleged constitutional violations. Because the instant petition was filed after April 24, 1996, it is subject to the Antiterrorism and Effective Death Penalty Act of 1996 (AEDPA). Any factual findings by the state court in determining petitioner's claim are entitled to a presumption of correctness. 28 U.S.C. § 2254(e)(1). The various adjudications of petitioner's claims by the state court did not result in any decision that was contrary to, or involve an unreasonable application of, clearly established Federal law, as determined by the Supreme Court of the United States. 28 U.S.C. § 2254(d)(1). Further, no state court adjudication of petitioner's claims has resulted in a decision that was based on an unreasonable determination of the facts in light of the evidence presented in those state court proceedings. 28 U.S.C. § 2254(d)(2). Accordingly, the writ of habeas corpus should be denied.

# III.

## NEW RULES

Respondent alleges that, for petitioner to prevail on his claims, this Court would have to create or apply new rules of criminal procedure which were not in effect prior to the finality of petitioner's judgment. Such rules may not be applied retroactively to petitioner in a federal habeas proceeding. If any claim is dependent upon such new rules, it must therefore be rejected, and the writ denied. *Teague v. Lane*, 489 U.S. 288, 310 (1989).

---

1. Subsequent references herein to the Penal Code are to the California Penal Code.

## IV.

## INCORPORATION BY REFERENCE

Respondent incorporates herein by reference all factual statements contained in the accompanying Memorandum of Points and Authorities in Support of Answer To Petition for Writ of Habeas Corpus, as though they were fully set forth herein.

## V.

## RULE 5 STATEMENT REGARDING RECORDS

The transcripts of petitioner's state proceedings in the trial court are being lodged contemporaneously with the filing of this Answer.  Those exhibits are described in the accompanying Notice of Lodging and Index of Records.  Respondent is unaware of any trial transcripts which have not been included with the accompanying exhibits.  The records of petitioner's direct appeal, as described in the Notice of Lodging, are also being lodged herewith.

If there are any trial records or records of appellate proceedings bearing upon the issues presented in the Petition for Writ of Habeas Corpus which have been omitted from the Notice of Lodging, respondent is unaware of them.  Rule 5, Rules Governing Section 2254 Cases in the United States District Courts.

1

**CONCLUSION**

2    This Answer is based upon the Notice of Lodging and Index of Records, the records and

3 files in this case, and the Memorandum of Points and Authorities in Support of Answer To The

4 Petition For Writ Of Habeas Corpus, all of which are being submitted contemporaneously herewith

5 and incorporated herein by reference.  Based on the foregoing, respondent respectfully prays that

6 the Petition for Writ of Habeas Corpus be denied.

7    Dated:  June 9, 2008

8                Respectfully submitted,

9            EDMUND G. BROWN JR.
            Attorney General of the State of California

10           DANE R. GILLETTE
            Chief Assistant Attorney General

11           GERALD A. ENGLER
            Senior Assistant Attorney General

12           PEGGY S. RUFFRA
            Supervising Deputy Attorney General

13

14           **/s/ Mark S. Howell**

15           MARK S. HOWELL
            Deputy Attorney General

16           Attorneys for Respondent

17

18 SF2007402364

19

20

21

22

23

24

25

26

27

28

## DECLARATION OF SERVICE BY MAIL

Case Name:  *Jesse Zuniga v. Felker*
Case No. **C 07-4319 PJH**

I am employed in the Office of the Attorney General, which is the office of a member of the Bar of this Court at which member's direction this service is made.  I am familiar with the business practice at the Office of the Attorney General for collection and processing of correspondence for mailing with the United States Postal Service.  In accordance with that practice, correspondence placed in the internal mail collection system at the Office of the Attorney General is deposited with the United States Postal Service that same day in the ordinary course of business.

On <u>June 9, 2008</u>, I served the attached

### ANSWER TO PETITION FOR WRIT OF HABEAS CORPUS

### POINTS AND AUTHORITIES IN SUPPORT OF PETITION FOR WRIT OF HABEAS CORPUS

### NOTICE OF LODGING AND INDEX OF RECORDS

in the internal mail collection system at the Office of the Attorney General,455 Golden Gate Avenue, Suite 11000, San Francisco, California 94102, for deposit in the United States Postal Service that same day in the ordinary course of business in a sealed envelope, postage fully prepaid, addressed as follows:

Jesse Zuniga
V36045
P.O. Box 705 RA 111
Soledad, CA  93960

I declare under penalty of perjury the foregoing is true and correct and that this declaration was executed on June 9, 2008, at San Francisco, California.

<u>   Denise Neves               </u>          <u>        **/s/ Denise Neves**          </u>
                                                                              Signature