1  EDMUND G. BROWN JR.
   Attorney General of the State of California
2  DANE R. GILLETTE
   Chief Assistant Attorney General
3  GERALD A. ENGLER
   Senior Assistant Attorney General
4  PEGGY S. RUFFRA
   Supervising Deputy Attorney General
5  MARK S. HOWELL
   Deputy Attorney General
6  State Bar No. 95125
     455 Golden Gate Avenue, Suite 11000
7    San Francisco, CA 94102-3664
     Telephone: (415) 703-5969
8    Fax: (415) 703-1234
     Email: mark.howell@doj.ca.gov
9  Attorneys for Respondent

10              IN THE UNITED STATES DISTRICT COURT

11             FOR THE NORTHERN DISTRICT OF CALIFORNIA

12                     SAN FRANCISCO DIVISION

| | |
|---|---|
| **JESSE ZUNIGA,** | C-07-4319 PJH (PR) |
| Petitioner, | **NOTICE OF LODGING AND INDEX OF RECORDS** |
| v. | |
| **TOM FELKER, Warden,** | |
| Respondent. | |

By an Order to Show Cause filed August 27, 2007, this Court directed respondent in the above-entitled case to supply the Court with a copy of all portions of state record which are relevant to the issues presented in the Petition for Writ of Habeas Corpus. Accordingly, respondent lodges herewith the following documents:

**I.     The Trial -** *People v. Zuniga***, Santa Clara County Superior Court No. CC300843**

| **EXHIBIT** | **DESCRIPTION** |
|---|---|
| A (also referred to as "CT") | Clerk's Transcript (volume one), pp. 1-221. |
| B (also referred to as "CT") | Clerk's Transcript (volume two), pp. 222-459. |

*Zuniga v. Felker* - Notice Of Lodging And Index Of Records - C-07-4319 PJH (PR)

1

| | **EXHIBIT** | **DESCRIPTION** |
|---|---|---|
| 1 | | |
| 2 | C (also referred to as "CTA") | Augmented Clerk's Transcript, pp. 1-71. |
| 3 | | |
| 4 | D (also referred to as "RT") | Reporter's Transcript (volume 1), pp. 1-200. |
| 5 | E (also referred to as "RT") | Reporter's Transcript (volume 2), pp. 201-241. |
| 6 | | |
| 7 | F (also referred to as "RT") | Reporter's Transcript (volume 3), pp. 242-415. |
| 8 | G (also referred to as "RT") | Reporter's Transcript (volume 4), pp. 416-528. |
| 9 | | |
| 10 | H (also referred to as "RT") | Reporter's Transcript (volume 5), pp. 529-669. |
| 11 | I (also referred to as "RT") | Reporter's Transcript (volume 6), pp. 670-772. |
| 12 | | |
| 13 | J (also referred to as "RT") | Reporter's Transcript (volume 7), pp. 773-876. |
| 14 | K (also referred to as "RT") | Reporter's Transcript (volume 8), pp. 877-1026. |
| 15 | | |
| 16 | L (also referred to as "RT") | Reporter's Transcript (volume 9), pp. 1027-1095. |
| 17 | M (also referred to as "RT") | Reporter's Transcript (volume 10), pp. 1096-1201. |
| 18 | | |
| 19 | N (also referred to as "RT") | Reporter's Transcript (volume 11), pp. 1202-1278. |
| 20 | O (also referred to as "RT") | Reporter's Transcript (volume 12), pp. 1279-1370. |
| 21 | | |
| 22 | P (also referred to as "RT") | Reporter's Transcript (volume 13), pp. 1371-1394. |
| 23 | Q (also referred to as "RT") | Reporter's Transcript (volume 14), pp. 1395-1410. |
| 24 | | |

**II.  Direct Appeal -** *People v. Zuniga***, Cal. Court of Appeal No. H027243; Cal. Supreme Court No. S151366**

| | | |
|---|---|---|
| 26 | R | Appellant's Opening Brief, filed October 19, 2004. |
| 27 | S | Motion To File Oversize Brief, filed March 21, 2005. |
| 28 | T | Respondent's Brief, submitted March 21, 2005. |

*Zuniga v. Felker* - Notice Of Lodging And Index Of Records - C-07-4319 PJH (PR)

2

| EXHIBIT | DESCRIPTION |
|---------|-------------|
| U | Order directing Clerk to file oversized Respondent's Brief, filed March 24, 2005. |
| V | Reply Brief, filed May 6, 2005. |
| W | Letter from California Court of Appeal, dated June 20, 2006, requesting simultaneous supplemental briefs on the applicability of *Crawford v. Washington* (2004) 541 U.S. 36. |
| X | Appellant's Supplemental Letter Brief, dated July 11, 2006, and filed July 12, 2006. |
| Y | Respondent's Supplemental Letter Brief, dated July 14, 2006, and filed July 14, 2006. |
| Z | Unpublished Opinion of the California Court of Appeal, filed February 26, 2007, affirming the judgment. |
| AA | Appellant's Petition For Rehearing, filed March 9, 2007. |
| BB | Order of California Court of Appeal, filed March 27, 2007, denying rehearing. |
| CC | Appellant's Petition For Review, filed April 2, 2007. |
| DD | En Banc Order of California Supreme Court, filed May 16, 2007, denying review, without opinion or citation to authority. |
| EE | Remittitur, filed May 21, 2007. |

1 | Dated: June 9, 2008

Respectfully submitted,

EDMUND G. BROWN JR.
Attorney General of the State of California

DANE R. GILLETTE
Chief Assistant Attorney General

GERALD A. ENGLER
Senior Assistant Attorney General

PEGGY S. RUFFRA
Supervising Deputy Attorney General

**/s/ Mark S. Howell**
MARK S. HOWELL
Deputy Attorney General

Attorneys for Respondent

SF2007402364

*Zuniga v. Felker* - Notice Of Lodging And Index Of Records - C-07-4319 PJH (PR)

4