```
JESSE ZUNIGA #V36045
P.O BOX 705 RA111up
  SOLEDAD CALIF,93960-0705.

  PETITIONER/PRO se,acting...
```

**FILED**

JUN 2 3 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**E-filing**

In the United States District Court
For the Norther District of California
San Francisco Divison

| | |
|---|---|
| Jesse Zuniga,<br><br>　　　　　　　　　　　Petitioner,<br><br>　　　V.<br><br>Tom Felker, Warden of High Desert state prison.<br><br>　　　　　　　　　　　Respondent. | C-07-4319-PJH<br><br>PETITIONERs FIRST APPLICATION FOR ENLARGEMENT OF TIME TO FILE TRAVERSE. |

I, JESSE ZUNIGA,DECLARE AS FOLLOWS:

1. Iam the petitioner who is proceeding PRO se, in the above entitled case.The matters referred to in this declaration are based upon my personal knowledge,and I could testify to those matters if called as a witness.
My petition was filed on: August 22,2007.On August 27,2007, this court filed a order to show cause,directingrespondent

con....nx pg,

to file an answer to the petition.On JUNE 12,2008,I recieved respondents answer(dated JUNE 9,2008).

2.) Given my circumstances,and the vocabulary,and case law in respondents answer that I must digest,I respectfuly request 60 days in which to file my "TRAVERSE",to and including SEPTEMBER 12,2008,within which to file "TRAVERSE".I also would like to give notice ,should I finish my traverse ahead of time I will submit accordingly within the procedures.

I have submitted this request to respondent,as well to this court on the same day.

I declare under penalty of perjury that the foregoing is true and correct.This declaration is executed on:JUNE 19,2008, THANK YOU FOR YOUR TIME,....

Respectfuly submitted,   date.

*[signature]* 6-19-08

JESSE ZUNIGA #V36045
P.O BOX 705   RA 111
SOLEDAD CA, 93960

Declaration of Service
RE: I, Jesse Zuniga, Declare that I am over 18 years, of age, and am the acting attorney/petitioner for this case (4c-07-4319-pjh) I served a true copy of the
attached: PETITIONERs first request for enlargement of time to file "TRAVERSE".
On each of the following, by placing, same in an envelope (or envelopes)
Addressed (respectfully) as follows
Date: ___ JUNE 19,2008
Mark S. Howell
Deputy Attorney general
Attorneys for representing: State Bar no. 95125
San Francisco, CA 94102-3664
Telephone: (415) 743 5969
Fax: 415 703 1234
Clerk Of:
Phyllis K. Hamilton
United States District Judge
U.S. District Court, Northern District of California. 450 Golden Gate Avenue
Box 36060
San Francisco, CA 94102

I declare the foregoing is true and correct and that this declaration was executed on

Jesse Zuniga – V36045
(Name)

_(Signature)_



JESSE ZUNIGA #V-36045
P.O BOX 705 RA 111up
SOLEDAD CALIF, 93960-0705.

TO; clerk of, U.S DISTRICT
JUDGE, PHYLLIS K HAMILTON
U.S DISTRICTCOURT, NORTHERN DI-
STRICT of CALIFORNIA.
450 Golden Gate Avenue
P.O BOX36060
SAN FRANCISCO CA, 94102.