```
JESSE ZUNIGA #V36045
P.O BOX 705 RA111up
  SOLEDAD CALIF,93960-0705.

PETITIONER/PRO se,acting...
```

FILED

JUL 1 4 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

In the United States District Court

For the Norther District of California

San Francisco Divison

| Jesse Zuniga, | C-07-4319-PJH |
|---|---|
| Petitioner, | PETITIONERs FIRST APPLICATION FOR ENLARGEMENT OF TIME TO FILE TRAVERSE. |
| V. | |
| Tom Felker, Warden of High Desert state prison. | |
| Respondent. | |

I, JESSE ZUNIGA, DECLARE AS FOLLOWS:

1. Iam the petitioner who is proceeding PRO se, in the above entitled case.The matters referred to in this declaration are based upon my personal knowledge,and I could testify to those matters if called as a witness.

My petition was filed on: August 22,2007.On August 27,2007, this court filed a order to show cause,directingrespondent

con....nx pg,

```
 1   to file an answer to the petition. On JUNE 12,2008, I re-
 2   cieved respondents answer(dated JUNE 9,2008).
     2.) Given my circumstances, and the vocabulary, and case law
 3   in respondents answer that I must digest, I respectfuly req-
 4   uest 60 days in which to file my "TRAVERSE", to and includi-
 5   ng SEPTEMBER 12,2008, within which to file "TRAVERSE". I al-
     so would like to give notice, should I finish my traverse a-
 6   head of time I will submit accordingly within the procedures
 7   .
     I have submitted this request to respondent, as well to this
 8   court on the same day.
 9
10   I declare under penalty of perjury that the foregoing is tr-
11   ue and correct. This declaration is executed on: JUNE 19,2008,
     THANK YOU FOR YOUR TIME,....
12
13
...
21                          Respectfuly submitted,   date.
22
23                                  6·19·08
24
25
26
27   JESSE ZUNIGA #V36045
28    P.O BOX  705     RA 111
     SOLEDAD CA, 93960
```

Declaration of Service
RE: I, Jesse Zuniga, Declare that I am over 18 years, of age, and am the acting attorney/petitioner for this case (4c-07-4319-pjh) I served a true copy of the attached: PETITIONERs first request for enlargement of time to file "TRAVERSE".
On each of the following, by placing, same in an envelope (or envelopes)
Addressed (respectfully) as follows
Date: _____ JUNE 19, 2008
Mark S. Howell
Deputy Attorney general
Attorneys for representing: State Bar no. 95125
San Francisco, CA 94102-3664
Telephone: (415) 743 5969
Fax: 415 703 1234
Clerk Of:
Phyllis K. Hamilton
United States District Judge
U.S. District Court, Northern District of California. 450 Golden Gate Avenue
Box 36060
San Francisco, CA 94102

I declare the foregoing is true and correct and that this declaration was executed on

Jesse Zuniga – V36045
(Name)

_____
(Signature)

6·19·08

ORIGINAL

TO:PHYLIS HAMILTON,                    JULY 7,2007.

On June 19 ,2008, I Jesse Zuniga mailed an original
copy of a request for an extention of time to file
a"Traverse"to,respondent's order to show cause.
I requested an additional sxty days.
I have not heard a response from respondent contesting
my request,nor have I heard from you ,granting the request.
I have enclosed a copy of the request,with this letter,
and wish to know if it has been granted??
It only concerns me ,because I do not want to exceed my
deadline ,on such a technicality this minor.
respectfully submitted,

JESSE ZUNIGA: x __/s/ Jesse Zuniga_____

DATE: 7·7·08



Jesus Zuniga. V36045
P.O. Box 705. RA-111U
Soledad Calif. 93960-0705

To: Judge Phylis Hamilton
Office of the Clerk, U.S. District
Court. Northern District of California.
450 Golden Gate Avenue.
San Francisco, California 94102

Legal Mail

*[signature]*

*7/6/08*