UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JESSE ZUNIGA,

    Petitioner,

vs.

TOM FELKER, Warden,

    Respondent.

No. C 07-4319 PJH (PR)

**ORDER GRANTING PETITIONER'S MOTION FOR AN EXTENSION OF TIME TO FILE HIS TRAVERSE**

    Petitioner's motion for an extension of time to file his traverse (document number 17 on the docket) is **GRANTED**. The traverse, if any, shall be filed by September 12, 2008.

    **IT IS SO ORDERED.**

Dated: July 29, 2008.

                  PHYLLIS J. HAMILTON
                  United States District Judge

G:\PRO-SE\PJH\HC.07\zuniga4319.EXT-P.wpd