UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JESSE ZUNIGA,

        Petitioner,

vs.

TOM FELKER, Warden,

        Respondent.

No. C 07-4319 PJH (PR)

**DENIAL OF PETITIONER'S MOTION FOR APPOINTMENT OF COUNSEL**

The pro se petitioner in this habeas case has moved for appointment of counsel.

The Sixth Amendment's right to counsel does not apply in habeas corpus actions. *Knaubert v. Goldsmith*, 791 F.2d 722, 728 (9th Cir. 1986). However, 18 U.S.C. § 3006A(a)(2)(B) authorizes appointment of counsel to represent a habeas petitioner whenever "the court determines that the interests of justice so require and such person is financially unable to obtain representation."

Petitioner has presented his claims adequately in the petition, and they are not particularly complex. The interests of justice do not require appointment of counsel. The motion for appointment of counsel (document number 5 on the docket) is **DENIED**.

Because the court has granted petitioner's most recent motion and extended the time to file his traverse to September 12, 2008, his earlier motions (documents 10 and 16) are **DENIED** as moot.

**IT IS SO ORDERED.**

Dated: August 25, 2008.

PHYLLIS J. HAMILTON
United States District Judge

G:\PRO-SE\PJH\HC.07\ZUNIGA4319.aty.wpd