UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

JESSE ZUNIGA,

          Plaintiff,

  v.

TOM FELKER et al,

          Defendant.

Case Number: CV07-04319 PJH

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on August 25, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Jesse Zuniga V-36045
RA 111 up
P.O. Box 705
Soledad, CA 93960-0705

Dated: August 25, 2008

          Richard W. Wieking, Clerk
          By: T. De Martini, Deputy Clerk