JESSE ZUNIGA.
P.O BOX 705 .RA 311.
SOLEDAD CALIF,93960-0705.

**ORIGINAL**

# FILED

SEP 1 2 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

In the United States District Court

For the Norther District of California

San Francisco Divison

| | |
|---|---|
| Jesse Zuniga,<br><br>                                    Petitioner,<br><br>V.<br><br>Tom Felker, Warden of High Desert state<br>prison.<br><br>                               Respondent. | C-07-4319-PJH<br>Petitioner's "Traverse"<br>To continue Habeas<br>corpus relief. |

I,JESSE ZUNIGA,DECLARE AS FOLLOWS:

I am the petitioner who is proceeding Pro,se,in the above entit-

led case.The matters referred to in this declaration are based

upon my personal knowledge,and I could testify to those matters

if called as a witness.

ON JUNE 12,2008,respondent,for Tom Felker,warden of High Desert

1  State Prison,Susanville ,California,filed an answer to petition

2  (C-07-4319-PJH.)for Habeas Relief.......

3  In  response to Respondent's I. Ihereby file this "TRAVERSE"....

4  All responses are in chronological order to Respondent's respon-

5  se........

6                                    I.

7  1.) Paragraph #1 of REspondent's answer is untrue because it al-

8  leges that Petitioner's custody is lawful and proper;

9  2.) Paragraph #2 of Respondent's answer is not true:

10  3.) Paragraph #3 Of Respondent's answer is not true,because it

11  alleges that "for petitioner to prevail on his claims,this Court

12  would have to create or apply new rules of criminal procedure

13  which were not in effect prior to the finality of Petitioner's

14  judgement".....

15  4.)Paragraph #4 of Respondent's answer is untrue because it rel-

16  ies on a view  not accurate to any Points and Authorities in,Re-

17  spondents memo. of P's and A's.

18  5.)Paragraph #5 of Respondent's answer is true.

19  6.)Petitioner incorporates by reference,to resubmit his claims

20  in his  petition for writ of Habeas Corpus and  the memorandum

21  of Points and Authorities ,ha has already filed.

22  7.)Petitioner also incorporates by reference an Opposition to

23  Respondents order to show cause(resp.. memo..of P's and A's...)

24  Petitioner's opposition to Respondent's order to show cause ,is

25  submitted along side this "Traverse".

26  DATE--- 9·9·08                    RESPECTFULLY SUBMITTED,

27

28                   SIGNATURE,X  Jesus B

                                   JESSE ZUNIGA #V-36045.

Jesus Zuniga V36045
P.O. Box 705 · RA · 311
Soledad Cal. 93960-0705.

TO: Judge PHYliS HamilTON

OFFiCE OF THE ClERK
U.S. DiSTRiCT C
NoRTHERN DiSTRiCT of C
450 GolDEN GATE A
SaN fRaNCiSCO Calif



9/02/08